UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZIPSTORM INC, <br><br> Plaintiff, <br><br> v. <br><br> SEEK LIMITED, <br><br> Defendant. | CASE NO. C24-1446-KKE <br><br> ORDER DISMISSING CASE WITHOUT PREJUDICE |

On June 9, 2025, the Court granted Defendant's motion to dismiss, dismissed the complaint, and granted Plaintiff leave to amend the complaint by June 30, 2025. Dkt. No. 27. The Court warned Plaintiff that if an amended complaint was not filed, the Court would dismiss the case without prejudice. *Id.* at 10. Plaintiff did not file an amended complaint. Accordingly, the Court dismisses the case without prejudice.

The Clerk is instructed to close the case.

Dated this 8th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1